Certificate Number: 05781-CT-DE-041715403

Bankruptcy Case Number: 26-31027

05781-CT-DE-041715403

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 22, 2026, at 8:46 o'clock PM PST, Jimy Dieurine completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Connecticut.

Date: November 25, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President